requirements of section 851 in order to use a defendant's prior convictions to enhance his sentence under the Guidelines as a career offender." *Young v. United States,* 936 F.2d 533, 535–36 (11th Cir.1991). The government was therefore not required to provide pre-plea notice to Suarez before the district court could rely on his aggravated child abuse conviction to sentence him as a career offender. Accordingly, we affirm Suarez's sentence.[1]

**AFFIRMED.**

**T.C. WOODWORTH, Kathleen A. Woodworth, LTW Partnership, LP, Plaintiffs–Appellees,**

v.

**William Parker HATHCOCK, Jr., et al., Defendants–Cross–Appellants,**

**Harmut (Hardy) Theodore Rose, James Pat Reedy, GEO Securities, Inc., GEO–Chevron Ortiz Ranch # 2, a joint venture, The GEO Companies of North America, Inc., GEO–Chevron Ortiz Ranch # 4, a joint venture, Defendants–Appellants,**

**Judith Wiseman, Defendant,**

**GEO Natural Resources, Inc., Defendant–Cross– Claimant–Appellant,**

**GEO Chevron Ortiz Ranch # 3, Interested–Party– Appellant.**

**Kenneth Leipman, Kathleen Leipman, Kim C. Hodges, R. Stan Hodges, Jr., Plaintiffs–Appellees,**

v.

**William Parker Hathcock, Jr., et al., Defendants–Cross–Defendants,**

**Judith L. Wiseman, Defendant– Cross–Claimant,**

**James Pat Reedy, GEO Securities, Inc., GEO–Chevron Ortiz Ranch # 3, a joint venture, GEO–Chevron Ortiz Ranch # 4, a joint venture, The GEO Companies of North America, Inc., Harmut (Hardy) Theodore Rose, Defendants–Cross–Claimants–Appellants,**

**GEO Natural Resources, Inc., Cross– Claimant–Appellant.**

Nos. 06–11968, 06–11988

United States Court of Appeals, Eleventh Circuit.

Jan. 22, 2007.

John A. Howard, Kwende B. Jones, Burr & Forman, LLP, James Robert Howard, Atlanta, GA, for Plaintiffs–Appellees.

Rex H. White, Jr., Attorney and Counselor at Law Austin, TX, for Defendants–Appellants.

---

1. Suarez also asserts in passing that the information about his convictions was testimonial hearsay the use of which is prohibited under *Crawford v. Washington,* 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004). Suarez's argument is without merit because *Crawford* does not extend to sentencing proceedings. *United States v. Cantellano,* 430 F.3d 1142, 1146 (11th Cir.2005).

Before BIRCH and PRYOR, Circuit Judges, and COVINGTON,* District Judge.

PER CURIAM:

Having carefully considered the record and briefs of the parties and after having entertained oral argument by counsel for the parties, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

---

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph WILLIAMS, Defendant–Appellant.**

No. 06–12225
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 22, 2007.

---

Brent Davis Armstrong, Law Office of Brent D. Armstrong, Clearwater, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, CARNES and KRAVITCH, Circuit Judges.

---

* Honorable Virginia M. Hernandez Covington, United States District Judge for the Middle District of Florida, sitting by designation.